**Order entered April 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00878-CR

**MARIO LOPEZ JUCUP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-55339-R**

## ORDER

On January 13, 2014, we ordered the Dallas County District Clerk to file the clerk's record within fifteen days and appellant to file his brief within forty-five days. The District Clerk, however, did not file the clerk's record until April 3, 2014.

Accordingly, we **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE